IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ADALINET MARTINEZ-FALCON,**<br><br>Plaintiff,<br><br>v.<br><br>**BAHIA BEACH RESORT, LLC, *et al.*,**<br><br>Defendants. | CIVIL NO. 21-1449 (BJM) |

## FINAL JUDGMENT

The complaint is dismissed with prejudice and without imposition of costs or fees to any party.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of June, 2023.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge